ROBERT A. DENENBERG, Individually and as Administrator of ROBERT A. DENENBERG, a Sole Proprietorship Defined Benefit Pension Plan, Appellant, v WARREN ROSEN et al., Respondents, and JOHN REPETTI et al., Appellants. (And Other Actions.)

Submitted April 23, 2012; decided June 26, 2012

Motions, insofar as they seek leave to appeal against defendants Bankers Life of New York, Kenneth R. Hartstein, ECI Pension Services, LLC, Economic Concepts Inc., Richard C. Smith, and Bryan Cave, LLP, denied; motions, insofar as they seek

leave to appeal against other parties, dismissed upon the ground that, as to such other parties, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.